■ In the Matter of the Probate of the Will of HILDA D. LINCOLN, Deceased.— Motion for an extension of time granted insofar as to extend the time for contestants-appellants-respondents to procure the record on appeal and points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on March 15, 1962 is amended accordingly. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ROBERT DE ROSA, an Infant, v. FORDHAM UNIVERSITY et al.— Motions to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ MICHAEL BERTONE v. EMPRESS APARTMENTS, INC.— Motion to dismiss appeal granted, with $10 costs. The stay contained in the order of this court entered on June 22, 1961 is vacated. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ PATRICK CONNOLLY, as President, et al., v. JAMES O'MALLEY, JR., et al., as Commissioners.— Motion for a stay denied on the ground that section 570 of the Civil Practice Act automatically stays the execution of the order. Motion for an order striking motion from calendar of this court denied. Motion to dismiss appeal denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ RACHEL ANDERSON v. MANHATTAN OPERA HOUSE HOLDING CORP.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ MONA DRUSINE v. LEON DRUSINE.— Motion for leave to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the minutes of the hearing before the Referee on condition that appellant serves one typewritten copy of the minutes on the attorney for respondent and files six typewritten copies of the minutes with this court simultaneously with the filing of the record on appeal. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property. AUREA CANALES, Claimant. In the Matter of MOUND & ROTH v. SARAH M. HURWITZ.— Motion for a stay denied. Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Motion for an order reversing the judgment of the Supreme Court, New York County, entered on November 22, 1961 and for other relief denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ MERRITT CORPORATION v. MILTON A. BASS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 17, 1962, with notice of argument for May 29, 1962, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ LAWRENCE ROSEDALE v. 273 ESTATES, INC.— Motion to dismiss appeal denied with leave to renew upon proper papers. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.